97 A.3d 262

IN THE MATTER OF CHARLES B. DALY, AN ATTORNEY AT LAW (ATTORNEY NO. 272231971).

September 5, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–400, concluding that **CHARLES B. DALY** of **MIDDLETOWN,** who was admitted to the bar of this State in 1971, should be censured for violating *RPC* 1.7(a) (concurrent conflict of interest), and *RPC* 1.7(b)(1) (failure to obtain informed, written consent to the representation, after full disclosure and consultation with independent counsel), and good cause appearing;

It is ORDERED that **CHARLES B. DALY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.